NICHOLS *v.* NICHOLS

Appeal from Calhoun, Coleman (Creighton R.), J. Submitted Division 3 January 10, 1969, at Grand Rapids. (Docket No. 4,837.) Decided January 28, 1969.

Complaint by Norma J. Nichols against Thomas H. Nichols for separate maintenance. Judgment granted, and support and attorney fees awarded. Defendant appeals. Affirmed.

*Allen, Worth & Calderone,* for plaintiff.

*James R. Golden,* for defendant.

PER CURIAM. Defendant appeals from the judgment of the trial court entered on plaintiff's complaint seeking separate maintenance under CL 1948, § 552.301 (Stat Ann 1957 Rev § 25.211). The evidence clearly sustains the findings of the trial judge on which judgment was based. The award of support and attorney fees is equitable.

Affirmed. Costs to plaintiff-appellee.

LEVIN, P. J., and HOLBROOK and DANHOF, JJ., concurred.